IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHAWN MARIE SISK                                                                        PLAINTIFF

vs.                                        Civil No. 1:15-cv-01041

CAROLYN COLVIN                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Currently before the Court is the Report and Recommendation (ECF No. 15) dated April 29, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED, this 17th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge